HERNÁNDEZ, apelante, v. BEAUCHAMP y FÉLIX RAMÍREZ, demandados y apelados.

Corte de Distrito de Mayagüez.

No. 3821.—*Visto:* Marzo 17, 1926. *Resuelto:* Julio 31, 1926.

Los dos motivos alegados por el tercerista en este caso para sostener su recurso contra la sentencia dictada en apelación por la corte de distrito, pueden reducirse a uno: que la corte inferior cometió error al estimar que la prueba fué contradictoria, que los testigos del tercerista no identificaran los animales embargados, al no dar crédito a dichos testigos y al actuar con pasión, prejuicio y manifiesto error.

*Se resolvió:* que no solo fué contradictoria la prueba, sino que fué además fuertemente preponderante en contra del tercerista, sin que aparezca, por otra parte, ni pueda deducirse de los autos, la alegada pasión y prejuicio ni el manifiesto error.

*Confirmada la sentencia apelada.*

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.